**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01046-CV

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**DALLAS COUNTY ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

We **GRANT** appellant's September 23, 2013 motion for an extension of time to file a

reply brief.  Appellant shall file his reply brief on or before October 10, 2013.

/s/     DAVID LEWIS
         JUSTICE